UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 6:23-cv-00502-PGB-EJK

vs.

BRINKER FLORIDA, INC.
a Foreign Profit Corporation

    Defendant(s).
_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The Plaintiff, HOWARD COHAN and the Defendant, BRINKER FLORIDA, INC., a Foreign Profit Corporation, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against BRINKER FLORIDA, INC., a Foreign Profit Corporation; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED July 19, 2023.

1

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By**: /s/ Tasos C. Paindiris** |
| Gregory S. Sconzo, Esq. | Tasos C. Paindiris |
| Florida Bar No.: 0105553 | Florida Bar No. 0041806 |
| Sconzo Law Office, P.A. | tasos.paindiris@jacksonlewis.com |
| 3825 PGA Boulevard, Suite 207 | JACKSON LEWIS P.C. |
| Palm Beach Gardens, FL 33410 | 390 North Orange Avenue, Suite 1285 |
| Telephone: (561) 729-0940 | Orlando, Florida 32801 |
| Facsimile: (561) 491-9459 | Telephone: (407) 246-8440 |
| Email: greg@sconzolawoffice.com | Facsimile: (407) 246-8441 |
| Email: alexa@sconzolawoffice.com | Attorney for Defendant |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    **__/s/ Gregory S. Sconzo_____**
                                                    **Gregory S. Sconzo, Esq.**