## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

**v.**                                              **Case No: 6:23-cv-502-PGB-EJK**

**BRINKER FLORIDA, INC.,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed July 19, 2023. (Doc. 19). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Brinker Florida, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 19, 2023.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties